JIM M. BOARDMAN (SBN 304653)
KRANKEMANN LAW OFFICES P.C.
Attorneys At Law
420 E Street, Suite 100
Santa Rosa, California 95404
Telephone: (707) 524-2200
Facsimile: (866) 858-0100

Attorney for Plaintiff
MIGUEL BARBA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL BARBA,<br><br>       Plaintiff,<br><br>   vs.<br><br>KELLER SUPPLY COMPANY dba LEISURE SUPPLY COMPANY and DOES 1-50, inclusive,<br><br>       Defendants. | CASE NO.: 22-CV-03720-TLT<br><br>**JOINT STIPULATION FOR DISMISSAL WITH ~~PROPOSED~~ ORDER** |

Pursuant to the terms of a written compromise settlement and release of claims and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties hereby stipulate that the above-captioned action by Plaintiff Miguel Barba against Defendant Keller Supply, Inc. shall be dismissed with prejudice, and each party shall bear their own costs and fees, including attorneys' fees.

IT IS SO STIPULATED.

DATED: December 29, 2023           KRANKEMANN LAW OFFICES P.C.

                                                   /S/
                              By_____
                                   JIM M. BOARDMAN
                                   Attorney for Plaintiff
                                   MIGUEL BARBA

DATED:  December 29, 2023					GORDON REES SCULLY MANSUKHANI, LLP

By /S/
       BRAD WEINTRAUB
       Attorney for Defendant
       KELLER SUPPLY COMPANY

## ORDER

It is hereby ordered and adjudged that this matter is dismissed with prejudice and each party shall bear their own costs and fees, including attorneys' fees.

**IT IS SO ORDERED.**

DATED:  January 2, 2024					_____
						TRINA L. THOMPSON
						United States District Judge